# Court of Appeals
# of the State of Georgia

ATLANTA,　April 08, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0063.  METRO ATLANTA RECOVERY RESIDENCES, INC. et al. v. THE ESTATE OF NICHOLAS CARUSILLO et al.

Appellants in the above-styled case have filed an unopposed motion to remand on the ground that the parties have reached an agreement to settle the case, which requires judicial approval pursuant to OCGA § 29-3-3. The motion is hereby GRANTED, and we remand this case to the trial court for the purpose of judicial approval of the settlement; if the settlement is not judicially approved, appellants may recommence this appeal by filing a new notice of appeal in the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,　04/08/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*